**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 12-cr-0401-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **JOAB EZEQUIEL MARQUEZ-CHACON**,

    Defendant.

---

### AMENDED ORDER SETTING HEARING ON CHANGE OF PLEA AND DEFENDANT'S MOTION FOR IMMEDIATE SENTENCING

---

This matter comes before the Court on Defendant's Notice of Disposition and Unopposed Motion for Immediate Sentencing (ECF No. 11) filed October 23, 2012. The Court has reviewed the Notice and Motion, as well as the applicable Record. The Court has also been informed by the Probation Office that it requires at least 8 weeks to prepare a Pre-Plea Modified Presentence Investigation Report. In light of all of the foregoing, the Court hereby ORDERS as follows:

    A.    A Combined Hearing on Defendant's Change of Plea and His Unopposed Motion for Immediate Sentencing is hereby set for **December 20, 2012 at 11:00 a.m.** in Courtroom A801. **The Final Trial Preparation Conference and Trial dates currently set in this action are hereby VACATED.** Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on December 13, 2012**.

B.	If these documents are not timely submitted, the Combined Hearing may be vacated. The signed original and one copy of these documents must also be given to the Courtroom Deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1F. Defense counsel is responsible for coordinating with the Court Interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to defendant and signed by defendant in advance of the Combined Hearing.

C.	It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Combined Hearing. Pursuant to WJM Revised Practice Standard VIII.I.1.c, the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing.

D.	It is FURTHER ORDERED that in accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, **MUST be filed no later than 14 days prior to the date of the Combined Hearing.** Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. **Responses to such motions must be filed at least 7 days prior to the date of the Combined Hearing**. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the hearing.

E.  The Probation Office shall prepare an Pre-Plea Modified Presentence Investigation Report and Proposed Sentencing Statement as soon as practicable, but in no event later than **December 13, 2012.**

Dated this 24th day of October, 2012.

BY THE COURT:

William J. Martinez
United States District Judge